IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 21-cv-00256-DDD-SKC | Date: November 8, 2022 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201* |

| *Parties:* | *Counsel:* |
|---|---|
| THE TOWNHOMES AT MORNINGSIDE VILLAGE OWNERS ASSOCIATION INC., | Jonathan Bukowski |
| Plaintiff, | |
| v. | |
| AMGUARD INSURANCE COMPANY, | Steven Swanson |
| Defendant. | |

## COURTROOM MINUTES

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 11:31 a.m.**
Court calls case.  Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **6** depositions, **excluding** experts.
Depositions shall not exceed one day of seven hours for four deponents, exclusive of experts. All other depositions are limited to four hours.
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Joinder of Parties/Amendment of Pleadings: **December 23, 2022**
Discovery Cut-off: **July 14, 2023**
Dispositive Motions Deadline: **August 4, 2023**
Each side shall be limited to no more than one retained expert per area of expertise.
Parties shall designate affirmative experts **on or before: May 5, 2023**
Parties shall designate rebuttal experts **on or before: June 9, 2023**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than FORTY-FIVE DAYS** prior to close of discovery.

**JOINT STATUS REPORT** shall be filed no later than **February 1, 2023**.  Counsel shall refer to this Court's practice standards for the specific areas needing to be addressed in the report.

**FINAL PRETRIAL CONFERENCE** will be set by Judge Domenico.

Counsel shall be familiar with the practice standards of the assigned District Court Judge and of Magistrate Judge Crews.

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 11:36 a.m.**
Total time in court:     00:05

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.